UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID REGUEIRO,<br><br>                              Plaintiff,<br><br>          -v-<br><br>GALAXY RESTAURANTS CATERING GROUP, LP et al.,<br><br>                              Defendants. | 22 Civ. 4581 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At the initial pretrial conference held on October 11, 2022, the parties collectively reported that the mediator assigned to this case has been persistently unresponsive to outreach from counsel. The Court orders the Mediation Program Office to replace that mediator and promptly assign a new mediator to this case.

Further, in light of the nonappearance of the mediator, the Court adjourns *sine die* the due date for a mediation schedule. The Court directs counsel to select a new due date upon selection of a successor mediator.

SO ORDERED.

                                              Paul A. Engelmayer
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: October 12, 2022
       New York, New York