

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

cstieber@seyfarth.com
T (212) 218-3382

www.seyfarth.com

December 30, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Regueiro v. Galaxy Restaurants Catering Group, LP, d/b/a Constellation Culinary Group, et al.,* Civ. No. 22-cv-4581 (PAE)

Dear Judge Engelmayer:

Our firm represents Defendant CBRE, Inc. in connection with the above-referenced matter. We write jointly with consent of all parties to request an adjournment of the deadline for the parties to reopen this action, as the parties are continuing to finalize the resolution of this matter.

The parties reached a global settlement in principle of this matter at court-ordered mediation on November 29, 2022. On December 5, 2022, the Court entered a 30-day Order dismissing this action without prejudice with the right for the parties to reopen the action before January 5, 2023 (Dkt. No. 31). On behalf of all parties, we respectfully request that the Court extend the period of time for the parties to reopen the action through February 24, 2023 to allow the parties sufficient time to continue to negotiate, finalize, and consummate the settlement terms.

This is the parties' first request for an extension of this deadline. We thank Your Honor in advance for his consideration.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Courtney Stieber*
Courtney Stieber

cc:   All counsel of record (via ECF)

CS:jmv

90731123v.1

Granted.   SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
January 3, 2023